UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA     )
     )
     )   No. 3:05-MJ-2096
     )   WDMI 1:05CR0218
V.     )
     )

JOSEPH STAYER

## ORDER OF COMMITMENT TO
## ANOTHER DISTRICT

The defendant, having waived an identity hearing and reserving all other rights

to the District of Offense, and agreeing to a transfer to the District of Offense, the United

States Marshal is commanded to take custody of the above-named defendant and transport

him with a certified copy of this commitment to the Western District of Michigan to be

delivered for an arraignment on **December 12, 2005, at 2:00 p.m.** in Courtroom 699 before

United States Magistrate Judge Joseph Scoville.

**SO ORDERED.**

**ENTER:**

s/ H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE

RETURN
**This commitment was received and executed as follows:**
Date Commitment Order Received:_____ Place of Commitment:_____
Date Defendant Committed:_____
Date: _____ United States Marshal: _____
(By) Deputy Marshal:_____